US District Court
Middle Division of Alabama
1 Church Street
Montgomery, Alabama

January 6, 2007
Saturday

2:07CV31-MHT

TO: US District Court Clerk — Debra Hackett
~~Federal Magistrates~~
~~Federal Judges~~    334-265-3496    These web site
Please assign me a lawyer.    334-264-9134    incoming calls

Re: Karen Nordell — Plaintiff
illegally held at Greil Hospital (a psychiatric hospital)

v

Defendants

① Alabama State Dept of Mental
Illness and Mental Retardation
② — John Houston — Commissioner

③ Greil Hospital (psychiatric hospital)
Allen Stewart — Director
2140 Upper Wetumpka Rd
Montgomery, Alabama

④ Dr Crook (corrupt psychiatrist
assigned to me)

RECEIVED 2007 JAN -9 P 3:29

I, Karen Nordell — the Plaintiff have filed a
Writ of Habeas Corpus to be released from Greil
Hospital, and a Lawsuit against the Defendants
for 10# million dollars, and I request certain
ORDERS from the Court as soon as possible.

I need, as soon as possible — an ORDER
from the Court prohibiting Dr Crook or any other
corrupt psychiatrist from giving me psychiatric medicines.
Corrupt Dr Crook is trying to turn my mind into a
vegetable and hopes he can force me to forget the

details of my on-going espionage and political corruption and obstruction of Justice complaints and all the acts of reprisal I've been subjected to by these high level federal government employees who are involved in on-going espionage, political corruption and Obstruction of Justice.

Please keep in mind that I passed my lie detector tests concerning my on-going espionage and political corruption and obstruction of Justice complaint and one of the acts of reprisal I was subjected to, namely- they paid off a man to rape, assault and batter me at gunpoint of [illegible] I left a tape recorded message about their illegal activity for President Clinton about them. Former Pres Bush is involved in obstruction of Justice. <u>Former Pres Bush is a friend of my ex-boyfriend Terence McCutlen. Terence McCutlen also has a friend in the Secret Service.</u> Terence McCutlen and his high level CIA supervisor John Brzezinski and their friend Colleen [illegible] are involved in on-going espionage. Former Pres Bush will do anything and everything to see to it that his friend Terence McCutlen is not investigated, prosecuted, convicted or sent to prison for espionage. Former Pres Bush told the CIA secretaries not to put through my telephone calls (with espionage complaints against his friend Terence McCutley and his high level CIA supervisor John Brzezinski) through to the CIA Director's office, the CIA Inspector Generals office and the CIA Personnel Office. Most telephone calls to the White House are monitored by the Secret Service. The Secret Service made sure that Pres Clinton didn't get my message. Also they tipped off former Pres Bush and Terence McCutlen and the rest of them that I had attempted to complain about them to President Clinton.

former Ires Dent, Terence McCutler over the rest of them — corrupt Boston area FBI Agent Dale Espy (who covered up my espionage and political corruption complaints) paid off a man to rape, assault and batter me at gun point while I was still living in Birmingham, Alabama.

<u>At a later date I took lie detector tests about these incidents and I passed.</u> — BUT corrupt Birmingham Alabama FBI employees Alton Sizemore (Assistant Special Agent in Charge) and corrupt Doug Jones — who at that time was the U.S. Attorney for Birmingham Alabama — (Northern Division of Alabama) covered up my espionage and political corruption and Obstruction of Justice complaints and my complaint that I have been raped, assaulted and battered at gun point by a man who was using the alias Steve Johnson (alias to CLR-??) .

At a later date the TODAY Show on NBC News featured a lengthy story that there was rampant corruption amongst the Boston area FBI offices. I brought forth a lawsuit against the secret service and the Boston area FBI office and the Birmingham Alabama FBI office and Doug Jones — for Obstruction of Justice and libel. FBI Director — Robert Mueller, receive copies of my lawsuits and joined the rest of the criminals I've sued in my complaints to engage in rape against me. They paid off a corrupt Medical Doctor to induce me to get a corrupt Medical Doctor remission now, but it could come back at any time Flenner that I could get corrupt FBI Director Robert Mueller to resign, if I could reach the Deputy Director of the FBI and others. Corrupt FBI Director — Robert Mueller will not protect Whistleblowers.

US Senator Charles Grassley (R-Iowa) trys to protect whistleblowers.

Former Massachusetts Governor William Weld engaged in political corruption when he silenced the US Attorney in Boston — and this is the charging matter. Notorious Boston Mass gangster — Whitey Bulger is still on the FBI's 10 Most Wanted List. William Weld had enough evidence to prosecute James Whitey Bulger — but allowed his brother — William Bulger (who was President of the Massachusetts State Senate) to tell him not to / recently his judge in prison after. They tipped off James Whitey Bulger to leave Massachusetts because he was suspect in 30 murder investigations.

Please do not refer my complaint to U.S. Senator Richard Shelby - Ala - because US Senator Richard Shelby is just as corrupt as his best friend — Former Pres Bush.

The current Pres Bush will do anything he can to see to it that his father — Former Pres Bush is not investigated, prosecuted, convicted or sent to prison for obstruction of Justice.

My Constitutional and civil Rights are being violated by the individuals I've named in my complaints. I have the right to present and pursue grievances without being subjected to reprisal, redress or retaliation. The individuals I've named in my on-going espionage and political corruption and obstruction of Justice complaint have subjected me to all kinds of reprisal — retaliation. They have falsely accused me of being mentally ill (in order to destroy my credibility), and paid off corrupt psychiatrists

like Dr Crook to lie and say that I'm mentally ill, they're interfered with my job potential as a Counselor, therapist, they had me falsely arrested to destroy my credibility, they had me illegally evicted 14 times — even though my rent was paid up, they paid off a man to beat me up, they paid off a man to rape, assault and batter me at gun point, they've tampered with my vehicle, had me infected with a virulent pneumonia virus (I almost died — I was in a coma for 4 weeks). They paid off a corrupt medical doctor to induce me to develop cancer.

On Nov 21, 2005 Montgomery Alabama Police Officer H.G. Wells freely admitted that former Mrs Bash told him to evict me (illegally) from the Capitol Inn Motel on Nov 17, 2005 (even though my motel room rent was paid up) and again from the Salvation Army Homeless Shelter on Nov 21, 2005 (even though I was a tenant — guest, resident in good standing with the Daytime manager), and Officer H.G. Wells falsely arrested me for trespassing when I refused to leave the homeless shelter (I had 5 dollars on me and no where to go).

After the booking process was over with, the police wouldn't let me use the phone at the jail. I was held at the Montgomery, Alabama Municipal City Jail from Nov 21, 2005 - Feb 2, 2006 - All the corrupt guards admitted they received money from the individuals I've named in my ongoing espionage and political corruption and Obstruction of Justice complaint not to let me use the phone

or sent letters. They kept me totally incommunicado. They killed the little unborn baby boy or baby girl my boyfriend and I were expecting.

On Feb 2, 2006 I was transported by 2 Deputy Sheriffs to Greil Hospital - a psychiatric hospital. On August 30, 2006 I found out there was a Probate Court hearing in my absence on Feb 2, 2006. No one ever showed me a Probate Court petition or told me about any hearing. No lawyer ever came to my cell at the jail for the trespassing charge or a Probate Court hearing. I have no mental illness, and I have medical school training and legal training.

Corrupt Dr Crook keeps lying about when I can be released from the hospital. Staff claims they are trying to find a group home for me to go to, but I don't believe they are. Corrupt Dr Crook is being paid off by the individuals I've named in my ongoing espionage and political corruption and Obstruction of Justice complaint to destroy my mind with more increasing amounts of psychiatric medicine.

I need (as soon as possible) a restraining order to keep Dr Crook or any other psychiatrist from giving me psychiatric medicine. They are trying to destroy my keen analytical, legal, scholarly mind and to erase from my memory the facts of my complaints.

Shortly after I passed my lie detector tests I was falsely arrested by the Secret Service and illegally held in a facility for 4 years for a crime I did not commit. The psychiatrist there and his

criminal psychologist admitted they got monthly checks from former Pres Bush to keep me in that facility for a crime I did not commit. I am not convicted of this crime but illegally held at the Mental Health Unit of this facility.

When I tell these corrupt psychiatrists and psychologists that my on-going espionage and political corruption and obstruction complaint was covered up by high level federal government employees they automatically label me as delusional and paranoid schizophrenic. I don't have any mental illness except for anxiety attacks. I know corrupt Dr Crook is trying to turn my mind into a vegetable with all his psychiatric medicine that he forces me to take and he must be legally stopped.

Also I need the Court to issue an ORDER that the staff of Greil should give me 4 cups of caffeinated coffee a day (my family provides me with coffee). The staff will only give me caffeinated coffee 1 time a day - at 4:00 PM. I need at minimum - 4 cups of caffeinated coffee to keep my keen, analytical scholarly legal mind intact. Some of the staff should go to jail for Obstruction of Justice because they interfere with my letter writing about my on-going espionage and political corruption and Obstruction of Justice complaint. The hospital should be fined $1 Million dollars per day for each day they refuse to give me 4 cups of caffeinated coffee a day. I have a medical need for caffeinated coffee.

Of course I want my Writ of Habeus Corpus petition granted and I want a substantial portion of the $10 Million dollars for damages before I leave the hospital.

... But the first thing that must happen is a Restraining Order be granted to keep corrupt Dr Crock or any other psychiatrist from giving me psychiatric medicine, and a Court ORDER that the staff has to give me 4 cups of caffeinated coffee a day.

Thank you for your assistance,

Respectfully submitted
Karen Mordell —
Plaintiff

PS. This psychiatric medicine is causing me to have sore, stiff muscles, too.