IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KAREN JAYNE NORDELL,           )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        2:07cv31-MHT
                               )
ALABAMA DEPARTMENT OF          )
MENTAL HEALTH & MENTAL         )
RETARDATION, et al.,           )
                               )
    Defendants.                )
```

### ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge assigned to this case for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 11th day of January, 2007.

                                                /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE