IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


KAREN JAYNE NORDELL,          )
                              )
      Plaintiff,              )
                              )        CIVIL ACTION NO.
      v.                      )          2:07cv31-MHT
                              )
ALABAMA DEPARTMENT OF         )
MENTAL HEALTH & MENTAL        )
RETARDATION, et al.,          )
                              )
      Defendants.             )

ORDER

It is ORDERED that the motion for temporary restraining order, contained in the plaintiff's complaint (doc. no. 1), is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 11th day of January, 2007.


        ___/s/ Myron H. Thompson___
        UNITED STATES DISTRICT JUDGE