IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KAREN JAYNE NORDELL,                )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )    CIVIL ACTION NO.  2:07cv31-MHT
                                    )
ALABAMA DEPARTMENT OF               )
MENTAL HEALTH and MENTAL            )
RETARDATION, *et al.*,              )
                                    )
        Defendants.                 )

**ORDER**

Now pending before the court is the plaintiff's motion for appointment of counsel (doc. # 1) filed on January 9, 2007.  Upon the court's review of the complaint filed in this case, the court concludes that this case does not present exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner, which justify the appointment of counsel.  Accordingly, it is

ORDERED that the motion for appointment of counsel be and is hereby DENIED.

Done this 16th day of January, 2007.

        _____/s/Charles S. Coody_____
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE