IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREN JAYNE NORDELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv31-MHT |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| MENTAL HEALTH and MENTAL | ) |
| RETARDATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

The *pro se* plaintiff filed a 42 U.S.C. § 1983 action challenging her confinement at Greil Hospital, a psychiatric hospital. The plaintiff did not file the $350.00 filing fee nor did she submit an original affidavit in support of a motion for leave to proceed *in forma pauperis* with the requisite documentation from which the court could determine whether she should be allowed to proceed *in forma pauperis* in this cause of action. Accordingly, it is

ORDERED that on or before February 9, 2007, the plaintiff shall file either the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis* ***or*** the $350.00 filing fee. To aid the plaintiff in complying with this order, the CLERK is DIRECTED to furnish her with a copy of the form affidavit used by persons seeking to proceed *in forma pauperis* before this court.

Done this 26th day of January, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE