U.S.
January 24, 2007

Monday

RECEIVED
JAN 24 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

To: Chief District Court Judge
Harold Albritton
U.S. District Court - Middle Division
1 Church Street
Montgomery, Alabama 36104

FROM: Karen Jayne Norell - Plaintiff - Falsely accused of having a mental illness
     illegally held at Greil Hospital
RE: Karen Jayne Norell - Plaintiff
                                                    2:07-T-31-MHT
                    v
            Defendants

① Greil Hospital - Allen Stewart - Director
② Alabama State Department of Mental Health and Mental Retardation - John Houston - Commissioner
③ Corrupt Dr Crook (psychiatrist assigned to me)
④ Dr Painter (corrupt psychologist assigned to me)

Writ of Habeus Corpus, Lawsuit for $10 Million Dollars against Defendants and Restraining orders against Defendants & Court Order to force Defendants to give me caffeinated coffee 4 times a day (my family provides me with coffee.

Please assign me a lawyer. I cannot afford to pay a lawyer.

Notice of Appeal of Judge Myron Thompson's egregious act of Injustice - when on Jan 11, 2007 he denied me a Restraining order to keep corrupt Dr Crook (corrupt psychiatrist assigned to me) from giving me psychiatric medicine. Judge Myron Thompson didn't even schedule a hearing on this matter so he could judge the credibility of me - the plaintiff and the Defendants.

Judge Albritton - I would like you to schedule a hearing on this matter. When I have access to caffeinated coffee again I will submit a more detailed pleading to you.

Basically what happened is that corrupt Dr Crook has been paid off by the individuals I've named in my

on-going espionage and political corruption and obstruction of Justice complaints to destroy my mind by giving me huge amounts of psychiatric medicine. They want to destroy the memory of the facts and analysis of my on-going espionage and political corruption and obstruction of Justice complaints. My speech is starting to slur too.

Please take note that I passed my lie detector tests regarding my on-going espionage and political corruption and obstruction of Justice complaints and all the acts of reprisal they subjected me to. When I still lived in Birmingham Alabama – they paid off a man to rape, assault and batter me at gunpoint – to get their revenge on me for telephoning in a message to then President William Clinton about them. The Birmingham Police Dept never even arrested the man who raped, assaulted and battered me at gunpoint. (Neuser the alias - Steve Johnson - Alias No CLF-782) The Birmingham Police got paid off by the undercover DEA nonsworn informants to cover up my on-going espionage and obstruction of Justice complaint not to put this man in jail. I was a 96lbs lighter when I was raped, assaulted and battered at gunpoint by this man.

Corrupt Dr Cook has been paid off by the undercover DEA nonsworn informants on-going espionage and political corruption and obstruction of Justice complaints to give me huge amounts of psychiatric medicine to destroy my keen analytical, legal and scholarly mind. They are trying to erase my memory of the facts of my complaints against them by giving me – strong excessive doses of psychiatric medicine.

Corrupt Dr Cook has engaged in slander, libel and obstruction of Justice by falsely accusing me of being delusional, psychotic and paranoid schizophrenic. Each boss, tracker like a Whistleblower - who angry supervisors retaliate against him and try to force him to take a psychiatric evaluation to destroy the whistle blowers credibility. Governor Alabama Digital Collection is also Commissioner Samuel Donalson tryes to force a whistle blower to psych employee to take a psychiatric evaluation to destroy his credibility because his complaints

-3-

about prison conditions and inadequate health care for prisoners.

One of my boyfriends (now an ex-boyfriend) is a good friend of former Pres. Bush. Terence McCathen (my ex-boyfriend) works part-time for the CIA and full time for Digital - a high tech company. I learned that Terence McCathen is involved in espionage with his high level CIA supervisor John Gordonovich and their Director of the CIA. Former Pres. Bush used to be the Justice Counts of Obstruction of Justice occurred when he told the CIA secretaries not to put through my telephone calls (with espionage complaints against his friend - Terence McCathen and his high level CIA supervisor - John Gordonovich) to the CIA Director's office, the CIA Inspector General's Office or the CIA Personnel Office. Former Pres. Bush will do any thing and every thing to see to it that his friend - Terence McCathen is not investigated, prosecuted, convicted or sent to prison for espionage. The current Pres Bush will do any thing and every thing to see to it that his father - former Pres Bush is not investigated, prosecuted, convicted or sent to federal prison for Obstruction of Justice.

A corrupt Boston Mass. FBI Agent - Dave Epps covered up my very meritorious espionage and political corruption complaint. I have 7 excellent reasons why I arrived at the conclusion that corrupt Boston Mass - FBI Agent - Dave Epps covered up my very meritorious espionage and political corruption complaint.

Latron the TODAY Show on NBC featured a lengthy story that there was rampant corruption at the Boston Mass FBI office.

After I took my lie detector tests - which I passed because I'm telling the truth, I brought forth my complaints to the Birmingham Alabama FBI office. The Birmingham Alabama FBI office has some corrupt FBI employees too, who covered up my complaints even though I passed my lie detector tests.

-4-

The individual who administered the lie detector test to me was a former FBI employee who is honest and and very competent and knew I'm telling the truth.

2 corrupt FBI agents (from the Birmingham FBI office, and corrupt Assistant Special Agent in Charge - Alton Sizemore (Birmingham FBI office) and Doug Jones - who at that time was the U.S. Attorney for the Northern Division of Alabama all covered up my very meritorious espionage and political corruption complaints, my very meritorious obstruction of Justice complaint against my very former Boss, my criminal complaint against this corrupt FBI agent (Boston) and Doug Cox, who covered up my espionage and political corruption complaints and my criminal complaint that I was repeatedly assaulted and battered at gun point by a man _____ my Constitutional Rights and Civil Rights have been _____ violated. I have the right to file and pursue a grievance without redress, reprisal or retaliation.

The individuals I'm involved in my on-going espionage and political corruption and obstruction of Justice complaint have subjected me to numerous acts of reprisal. They lie and tell everyone that I'm mentally ill to destroy my credibility. They interfere with my job possibilities as a Counselor-therapist, they had me illegally evicted, arrested. They've had my mail tampered, my residence broken into, they've had men to beat me up, had of a man to rape and assault me. So me at such point - this man was never arrested by the Prince police dept. They involved me with a vicious form of terrorism. They paid off a corrupt Medical Doctor to induce me to slowly cancer. (My cancer is in remission now - but could come back at any time)

On Nov 21, 2005, I got falsely arrested for trespassing by Prattville Police Officer Who to Wells who freely admitted that former Prattville Officer _____ told him to illegally evict me from a motel - when my room was rent was up to date (on Nov 27, 2005)

and Monty Alabama police officer H.O. Wells was nobody. Former Pres Bush told the from the Salvation Army Homeless Shelter because Salvation probably takes shown on Nov 21, 2005.

Monty Alabama police officer H.O. Wells freely admitted that Former Pres Bush told him to illegally evict me twice on Nov 21, 2005.

Nov 21, 2005 - Feb 2, 2006. I was at the Montgomery City Jail from guards admitted that they the corrupt ___ corrections individuals I was never in my day off by the political corruption and obstruction of justice ___ keeping me to let me use the telephone or some let this out. No lawyer ever came to my cell for representation on the trespassing charge (Iam innocent) I was falsely arrested for trespassing when I refused to leave the shelter at 5:00 AM - Nov 21, 2005. I had $5 in my pocket and no where to go.

No lawyer ever came to my cell to tell me about any probate court petition for hearing. I was transported to Greil Hospital on Feb 2, 2006.

On August 30, 2006 my treatment team told me a hearing about a probate court petition that was filed against me took place in my absence. That's illegal to hold a hearing in someone's absence.

Since late May 2006 - Dr Crook keeps saying that the staff is looking for a group home for me to be released to. Dr Crook is lying. If they were really looking for a group home for me to live in - they would have found one by now. Dr Crook is mad at me for suing him.

Please don't send a copy of my complaint to US Senator Richard Shelby for assistance. US Senator Richard Shelby is as corrupt as his best friend Former Pres Bush.

Judge Albritton - please schedule a hearing on this matter - we getting a restraining order to keep corrupt Dr Crowder from securing me these massive quantities of psychiatric medicine. I don't have a mental illness. except for anxiety attacks. The only medicine I need is Atarax to take when the anxiety attacks come on. I've never had anxiety attacks before I was forced to take psychiatric medicine.

I would prefer that a hearing be scheduled in the afternoon when I'm a little more mentally alert. Please have strong black caffeinated coffee at the hearing.

A while ago, a psychiatrist I was forced to see told me that he and the forensic psychologist had gotten monthly checks from Gorma I'm Bush to keep me in their facility for 4 years for a crime I didn't commit. I've never had a trial for this crime. There was no guilty verdict found.

Judge Albritton - thank you for your consideration, help and assistance with this matter, and please overrule Judge Myron Thompson.

What happens is when I tell these corrupt psychiatrists and psychologists that high level federal government employees have covered up my on-going espionage and political corruption and obstruction of justice complaint - they get paid off to lie and falsely accuse me of being delusional, paranoid schizophrenic and psychotic and they are engaging in slander, libel, obstruction Justice against me as well as medical malpractice against me.

My muscles are still so sore after taking all this psychiatric medicine

Respectfully submitted,
Karen Worldell - Plaintiff