IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION    2007 FEB -8  P 12:40

Karen Nardell
[illegible handwritten] ) 
) 
) Civil Action No: 2:07cv31 MHT
) 
_____ )
Plaintiff(s)      )
)
v.                )
)
[illegible handwritten defendant names] )
)
_____ )
Defendant(s)      )

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) __Karen Nardell__

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____Karen Nardell_____
Plaintiff(s) signature

≈AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Middle_ District of ~~of Alabama~~ _Montgomery Alabama_

_Karen Nordell_
Plaintiff

v.

_Searcy Hospital Alabama Dept of Mental Health and Mental Retardation_
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: _Civil Action No: 2:07cv 31-MHT_

I, _Karen Nordell_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   _in a Searcy Hospital_   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Searcy Hospital_

   Are you employed at the institution? _No_   Do you receive any payment from the institution? _No_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _1996 — Counselor + Therapist  50$ hr  part-time_

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☒ Yes   ☐ No   _small money gifts from Mom and Dad_
   f. Any other sources   ☐ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

Aug - 2006 - $20 from Dad         Dec 2006 - Dad
Sept 2006 $20 from Dad              Nov - 25¢
Oct 2006 $20 from Dad               Jan 2007
Nov 2006 $20 from Dad                      25¢
for 4 weeks our phone call

4.  Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

    If "Yes," state the total amount.   ~~$70~~ $3.00

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   None

I declare under penalty of perjury that the above information is true and correct.

___Feb 1, 2007___                                    ___Karen Marshall___
         Date                                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Kari Nordell
2140 Upper Wetumpka Rd
Montgomery, Alabama 36107

Court Clerk - Debra Hackett
US District Court
1 Church Street
Montgomery, Alabama 36104

36104/4018



POSTMARK: MONTGOMERY AL 361
07 FEB 2007 PM 4 L