NO. 07-10449-F

# JURISDICTIONAL QUESTION(S)

Whether the district court's January 11, 2007, order denying the request for a temporary restraining order ("TRO") is immediately appealable? See 28 U.S.C. §§ 1291, 1292; see also Ingram v. Ault, 50 F.3d 898, 899-900 (11th Cir. 1995) (noting that appellate jurisdiction exists to immediately review the grant or denial of a TRO only when "[t]he requirements of irreparable harm and need for immediate appeal are . . . satisfied.") (citing, inter alia, McDougald v. Jenson, 786 F.2d 1465, 1472-73 (11th Cir. 1986)).