RECEIVED

FEB 12 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

February 7, 2007
Wednesday

TO: U.S. District Court Judge Myron Thompson
U.S. District Court - Middle Division of Alabama
1 Church Street
Montgomery, Alabama 36104

FROM: Karen Nordell - Plaintiff - illegally held at
Greil Hospital

RE: Karen Nordell - Plaintiff          Case No:
                                       2:07 cv 31
        v
Greil Hospital - Defendants
Alabama State Department of Mental Health
and Mental Retardation

Reconsideration of your decision not to let me
proceed In-Forma-Pauperis on Appeal.

Dear Judge Myron Thompson

        Your decision not to let me proceed
In Forma Pauperis on Appeal is an egregious
judicial decision. It is truly a miscarriage of
Justice and I am heart broken over your decision.
        I have been honest with you, Federal Judges have
Charles Coody and Chief Justice Harold Albritton
about my case — My writ of Habeas Corpus to be
released from Greil Hospital and my lawsuit against
the Defendants for $10 Million dollars. Corrupt Dr
Creole (the psychiatrist assigned to me) keeps
giving me more and more psychiatric medicine
that he is destroying my brain and I will

never be able to pay for... or 2 more $100 per month.

I am truely destitute and some months while I am at Grail Hospital my mom or my Dad can afford to send me $20 or $25 dollars. During those months that I get money, I could afford to send the US District Court 50 towards the filing beyond court costs.

ASAP I told you that I passed my lie detector tests concerning my on-going espionage and political corruption complaint and my Obstruction of Justice complaint, and lay the acts of reprisal I was subjected to: I was repeat, assault and and battered at gunpoint by a man (alias Steve Johnson - Alabama license no CLF → 7821 while I still live in Birmingham, Alabama. The individual who administered the lie detector polygraph to me is a former FBI employee - who is very smart and has the highest of ethics. Even though I passed my lie detector tests - corrupt Assistant Special Agent in charge (Birmingham the FBI offices) — Allen Simmons and corrupt (at that time) US Attorney Doug Jones covered up my complaints. Shortly after passing the lie detector tests, Former Pres George Bush (who is involved in on-going Obstruction of Justice) and the Secret service paid off a lawyer → Thomas Willingham and his paralegal Leigh Taylor (whom I contacted by telephone to discuss representation with a lawsuit I filed against the secret service — to lie and say that I told them (over the phone) that I would kill Former Pres Bush. I never said this to them or to anyone else. I never made such a statement that I'd kill Former President Bush. I offered to take a lie detector test but a corrupt federal magistrate in Birmingham ignored my request.

This corrupt federal Magistrate in Birmingham admitted that he received money from former Pres Bush to violate my rights ~

The FBI in Birmingham wouldn't come to my Defense when I told them I have a false arrest complaint against the Secret Service.

I was illegally held at the Mental Health unit of a federal prison in Texas for 4 years. The psychiatrist assigned to me admitted that he and the forensic psychologist got monthly checks from former Pres Bush to keep me in the Mental Health unit.

The first FBI employee I contacted about my very numerous espionage and political corruption complaints was Boston Mass FBI Agent Dave Goff – who proceeded to cover up my complaints. I have 9 excellent analytical reasons why I came to the conclusion that corrupt Boston Mass FBI agent Dave Goff covered up my complaints.

At a later date the TODAY'S SHOW on NBC aired a lengthy story that there was rampant corruption at the Boston Mass FBI office.

Former Pres Bush (who used to be the Director of the CIA) is a friend of my ex-boyfriend Terence McCluthon (who works part time for the CIA and full time for Digital). I later learned Terence McCluthon (Mass License GXL-1755) was involved in espionage with his high level CIA supervisor – John Gozelowich and their fence Calvin Raynail (Mass License No. STA 5??)

Former Pres Bush's Partial Counts of Obstruction of Justice took place when he told the CIA secretaries not to put my telephone calls

through to the CIA Directors office, the CIA
Inspector Generals office and the CIA personnel
offices with espionage complaints against her former
Terrorist Mother and her high level CIA superior
John Brezezinski.

On Nov 17, 2005, Montgomery Alabama
Police officer H. E. Wells illegally evicted me from
the Capital Inn Hotel (my room rent was up - he
cloaked Inn a threat - retaliated - first Lugday
standing with the Assistance Manager and 4 days
later - Nov 21, 2005, he evicted me from the
Salvation Army Homeless Shelter. The Night time
Manager told me to leave the Shelter because I
checked in promptly to take a shower.
When I refused to leave the Shelter - Officer Wells.
On Nov 21, 2005 - Officer - Wells freely
admitted that former Pres Bush told them
to evict me from the Hotel and the homeless
Shelter and to keep evicting me.

I was transported to Montgomery Municipal
City Jail on Nov 21, 2005 on a false trespassing
charge. I was illegally held at the jail from
Nov 21, 2005 through Feb 21, 2006.

Corrupt Corrections Guards would not let me
use the telephone at all, or send letters. It is illegal
to hold someone totally Incommunicado. Corrupt
Corrections Guards admitted they got money from
the underworld. The women in my On-going
espionage and political corruption and obstruction
of Justice complaint to keep me totally Incommun-
icado every day I was at the jail.

I used to scream at everyone at the
Guards everyday because they kept me

-5-

Incommunicado. The individuals Ito named in my on-going espionage and politicas corruption complaint gave them orders to file a Probate Court Petition on me. I was on the Petition to court Aug 30, 2006. On August 30, 2006 I learned that corrupt Probate Court Judge Reese Achieving held a Probate Court hearing in my absence on Feb 2, 2006. While I was at the (J?) Neither even came to my cell to discuss the longer charge, or any Probate Court Petition filed against me. Ito has illegally held at Greil Hospital (a psychiatric hospital) since Feb 2, 2006. I am a kind, sweet, gentle person and I don't deserve to be here. I am a law abiding citizen and I have no mental illness - except for anxiety attacks which can be treated on an out-patient basis.

The individuals Ito named in my on-going espionage and political corruption and Obstruction of Justice complaint have subjected me to many acts of reprisal. They are telling everyone that I am mentally ill (which is a lie) so that I don't have any credibility, interfering with my employment potential as a counselor - Harl place, Had me illegally evicted (1 time), to interfere with my mail, they paid off a man to beat me up, they paid off a man to rape, assault and batter me at gunpoint after the secret service tipped me at that I left a complaint message about them for then Pres. William Clinton. Most incoming for calls into the White House are monitored by the Secret Service. In 1999 they induced infection with the very virulent form of pneumonia I almost died. In the summer of 2005 they paid off a corrupt Medical Doctor to induce me

to develope cancer. My cancer is in remission now, but it could come back at any time → They did this to me because I sued them (CO defendants) serving in the US District Court.

In early Jan 2006 (while I was & still being held at the Lumpoc City Court on a trespassing charge — they killed mine our baby boyfriends unborn baby. I was & weaker

Dr Crook has been prescribing me so much more and more psychiatrical medicine so I will lose my memory of the details of my complaints. I will never be able to work again because my brain is destroyed.

President Bush will do any thing and everything he can to see to it that his father — Former Pres Bush is not investigated, prosecuted convicted or sent to prison for Obstruction of Justice. Toreno McCullen has a friend in the senate serving too, also he is a friend of former Pres Bush. U.S. Senator Richard Shelb! (Alabama) is the best friend of former Pres Bush and is just as corrupt as he is. Former Massachusetts Governor William Weld engaged in political corruption when he served as the U.S. Attorney in Boston Mass— regarding notorious Boston gangster — James Whitey Bulger who is still on the FBI's 10 most wanted list

My complaints before this court are very meritorious and I've told the truth and I should not be forced to pay court and filing fees for an appeal. I didn't have the money to begin with. I am making this appeal in good faith, and I've told the truth.

I don't have access to law books and I need
the Court to appoint me a lawyer.

I fear that you, Judges Myron
Thompson have been sent money to, or have
used threats made to you and your family, or have
the individuals the named in my ongoing
espionage and political corruption and obstruction
of Justice complaint to dismiss my Writ of
Habeas Corpus to be released from the Great
Hospital and my lawsuit against them for
$10 Million dollars.

Please appear with me and testify before
the U.S. Dept of Justice in Washington DC,
Congress and the Thomas, Watson and before
John Pistone - Deputy Director of the FBI
about this. You should do this for me as the
brother committing witness and for me as the
United States of America, for our Country -
people testify against them. If enough
not only for espionage and political corruption
and obstruction of Justice but also for
subjecting me to so many acts of reprisal
over the years.

Thank you for your assistance and
Reconsideration. I should not have to pay
filing fees and Court costs. I am really poor.
I am making my appeal in good faith

Respectfully submitted
Karen Woodall