IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KAREN JAYNE NORDELL, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv31-MHT |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| MENTAL HEALTH & MENTAL ) | |
| RETARDATION, et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that plaintiff's motion for reconsideration (doc. no. 10) is denied.

DONE, this the 14th day of February, 2007.

                      /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE