IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-10449-F

```
          FILED
   U.S. COURT OF APPEALS
     ELEVENTH CIRCUIT

       MAY 23 2007

      THOMAS K. KAHN
          CLERK
```

KAREN JAYNE NORDELL,

                                                                                                    Plaintiff-Appellant,

versus

ALABAMA DEPARTMENT OF MENTAL
HEALTH & MENTAL RETARDATION,
JOHN HOUSTON,
GREIL MEMORIAL PSYCHIATRIC HOSPITAL,
DR. COOK,

                                                                                                  Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before ANDERSON, BIRCH and CARNES, Circuit Judges.

BY THE COURT:

     This appeal is DISMISSED for lack of jurisdiction. The record does not demonstrate that the district court's denial of a temporary restraining order will cause a "serious, perhaps irreparable, consequence, [that] can be effectually challenged only by immediate appeal[.]" See Schiavo ex rel. Schindler v. Schiavo, 403 F.3d 1223, 1225 (11th Cir. 2005) (citation and quotations omitted).

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia