| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Waymon For_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) W. FOR   C. Date of Delivery JUN 0 1 2007 |
| 1. Article Addressed to:<br><br>Commissioner<br>AL Dept. of Mental Health and Mental Retardation<br>P.O. Box 301410<br>Montgomery, AL  36130-1410 | D. Is delivery address different from item 1? ☐ Yes<br>   er delivery address below: ☐ No<br><br>2:07CV31<br>P &amp; S<br>(20)<br><br>)e<br>    ☐ Mail    ☐ Express Mail<br>    ☐ Registered  ☐ Return Receipt for Merchandise<br>    ☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7006 2760 0005 4873 8672 | |

PS Form 3811, February 2004     Domestic Return Receipt                    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   General Counsel
   Alabama Department of Mental Health
   P.O. Box 301410
   Montgomery, AL 36130-1410

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Waymon Love* ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   W. Love                         JUN 01 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

   2:07CV31
   p + order

☐ Express Mail
☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 2760 0005 4873 8658

Domestic Return Receipt   102595-02-M-1540