STATE OF ALABAMA
## DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION
### GREIL MEMORIAL PSYCHIATRIC HOSPITAL
2140 UPPER WETUMPKA ROAD
MONTGOMERY, ALABAMA 36107
PHONE (334) 262-0363
FAX (334) 834-4562



BOB RILEY
GOVERNOR

JOHN M. HOUSTON
COMMISSIONER

ALLEN L. STEWART, L.P.C.
DIRECTOR

TO;       Whom It May Concern

FROM:    Mary Dumas
         Health Information Asst

2:07CV31

DATE:    June 28, 2007

RE:      Nordell, Karen

The above referenced individual is no longer a patient at Greil Hospital. She was discharged on April 03, 2007.