IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREN JAYNE NORDELL,              ) | |
| )  | |
|     Plaintiff,                              ) | |
| )  | |
| v.                                                       )  | CIVIL ACTION NO. 2:07cv31-MHT |
| )  | (WO) |
| ALABAMA DEPARTMENT OF   ) | |
| MENTAL HEALTH and MENTAL )  | |
| RETARDATION, *et al.*,                 )  | |
| )  | |
|     Defendants.                         ) | |

## OPINION

This litigation is now before the court on the recommendation of the United States Magistrate Judge (Doc. # 18) that the defendants' dismissal motion (Doc. # 16) be granted and this case dismissed as moot.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of July 2007.

                                                      /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE